JOHN W. HUBER, United States Attorney (#7226)
RICHARD W. DAYNES, Assistant United States Attorney (#5686)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: richard.daynes@usdoj.gov

FILED
U.S. DISTRICT COURT

2017 OCT -4 P 3: 03

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>REX RICHARD OLSEN,<br><br>    Defendant. | INDICTMENT<br><br>VIO 18 U.S.C. § 1855 UNDERBRUSH AND GRASS SET AFIRE<br><br>Case: 2:17−cr−00574<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 10/4/2017<br>Description: USA v. |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 1855
UNDERBRUSH AND GRASS SET AFIRE

On or about May 30, 2017, in the Central Division of the District of Utah,

REX RICHARD OLSEN,

the defendant herein, willfully and without authority set a fire on the underbrush and

grass upon the public domain and lands owned by the United States and the United States

Department of Interior, Bureau of Land Management located near Highway 40 and mile

marker 166 in Uintah County, Utah; all in violation of Title 18, United States Code, Sections 1855.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
RICHARD W. DAYNES
Assistant United States Attorney